**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DONALD QUIRK, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV1729 (DJS)(TPS) |
| | : | |
| v. | : | |
| | : | |
| MARILYNN STUART, M.D. | : | |
| *Defendant* | : | NOVEMBER 18, 2003 |

**SECOND MOTION FOR SANCTIONS**

The defendant in this matter moves, pursuant to Fed. R. Civ. P. 37(b)(2) for an order

dismissing this case based upon plaintiff's failure to comply with the Order of the Honorable

United States District Judge Dominic J. Squatrito dated October 28, 2003 (hereinafter "the

Order"). (The Order is attached as Exhibit A to this Motion). The defendant also requests that

this Court grant reasonable attorney's fees pursuant to Fed. R. Civ. P. 37(b).

In this Order, the Court ordered plaintiff to submit his responses to the interrogatories

within twenty days from the date of the Order. Exhibit A. It has been more than twenty (20)

days since the Court issued its Order. Defendants have received **no response whatsoever** from

plaintiff[1]. See Affidavit of Counsel attached as Exhibit C to this Motion.

---

[1] The plaintiff also failed to comply with an Order issued by the Honorable United States
Magistrate Judge Thomas P. Smith on October 9, 2003 in Quirk v. Mullaney,
3:00CV1042(DJS)(TPS). This Order required plaintiff to properly respond to all interrogatories
and provide the defendants with copies of the documents they require within thirty days of the
order. Defendant filed a Third Motion for Sanctions because plaintiff submitted no documents
as ordered by Judge Smith. The Third Motion for Sanctions with exhibits is attached as Exhibit
B to this Motion.

Plaintiff continues to act in bad faith and waste this Court's valuable time. The Court has been patient with plaintiff and given him every opportunity to comply with discovery requests and the Orders of this Court. The Court noted it its October 28, 2003 ruling that it was reluctant to dismiss the case because it had not given plaintiff a warning. The Court gave the plaintiff his warning in the October 28, 2003 ruling. Plaintiff chose to ignore it. Plaintiff's case should now be dismissed for failure to comply with the Court's Order and failure to comply with reasonable discovery requests.

For the foregoing reasons, defendants respectfully request that this Court dismiss this action with prejudice and not allow plaintiff any additional opportunities to comply with the Court Order. Defendants also request that the Court Order plaintiff to grant reasonable attorney's fees pursuant to Fed. R. Civ. P. 37(b).

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail:  Daniel.Shapiro@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Second Motion for Sanctions** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18th day of November, 2003, first class postage prepaid to:

Donald Quirk, Pro Se
Connecticut Valley Hospital
P.O. Box 351
Middletown, CT  06457

_____
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128