# AFFIDAVIT OF DANIEL SHAPIRO

I, Daniel Shapiro, having been sworn, depose and say:

1. I am over the age of eighteen years and I believe in the obligations of an oath.

2. I am employed as an Assistant Attorney General in the Office of the Attorney General in the State of Connecticut.

3. On October 9, 2003, the Honorable United States Magistrate Judge Thomas P. Smith issued an Order (hereinafter the "Order") requiring plaintiff in Quirk v. Mullaney 3:00CV1042(DJS)(TPS) to properly respond to all interrogatories and provide defendants with copies of the documents they require within thirty days of the Order.

4. I am counsel of record in Quirk v. Mullaney 3:00CV1042(DJS)(TPS).

5. As of the date of this Motion, November 12, 2003, I have received absolutely no response whatsoever to this Order. Plaintiff has neither

properly answered the interrogatories nor submitted any documents in response to the Court's Order.

                                        Daniel Shapiro
                                        Assistant Attorney General
                                        Counsel for Defendants

STATE OF CONNECTICUT}
                        }    ss. HARTFORD
COUNTY OF HARTFORD }

Sworn and subscribed to before me on this 12th day of November, 2003.

                                        Leonard S. Auster
                                        Notary Public