# AFFIDAVIT OF DANIEL SHAPIRO

I, Daniel Shapiro, having been sworn, depose and say:

1. I am over the age of eighteen years and I believe in the obligations of an oath.

2. I am employed as an Assistant Attorney General in the Office of the Attorney General in the State of Connecticut.

3. On October 28, 2003, the Honorable United States Dictrict Court Judge Dominic J. Squatrito issued an Order (hereinafter the "Order") requiring plaintiff in <u>Quirk v. Stuart</u> 3:02CV1729(DJS)(TPS) to respond to interrogatories issued by the defendant within twenty days of the Order.

4. I am counsel of record in <u>Quirk v. Stuart</u> 3:02CV1729(DJS)(TPS).

5. As of the date of this Motion, November 18, 2003, I have received absolutely no response whatsoever to this Order.

_____
Daniel Shapiro
Assistant Attorney General
Counsel for Defendants

STATE OF CONNECTICUT}
                    }    ss. HARTFORD
COUNTY OF HARTFORD }

Sworn and subscribed to before me on this 18th day of November, 2003.

                                                                                                                                             _____

                                                Kerry Anne Colson
                                                Assistant Attorney General
                                                Federal Bar Number ct25241
                                                Commissioner of the Superior Court