UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN -8 P 1:44
U.S. DISTRICT COURT
HARTFORD, CT.

DONALD QUIRK,
    Plaintiff

v.

No. 3:02CV1729 (DJS)(TPS)

MARILYN STUART, I/O,
    Defendant

## ORDER TO PRODUCE

**DANIEL SHAPIRO**, Assistant Attorney General of the State of Connecticut, is hereby ordered to produce the plaintiff, **DONALD QUIRK**, currently confined at the Connecticut Valley Hospital, Silver Street, Middletown, Connecticut 06457, before The Honorable Thomas P. Smith, United States Magistrate Judge, at the U.S. Courthouse, 450 Main Street, Hartford, Connecticut, on January 16th, 2004, at 9:30 A.M. to attend a hearing on the defendant's Motion for Sanctions and other pending motions.

    IT IS SO ORDERED.

    Dated at Hartford, Connecticut this 8th day of January, 2004

Thomas P. Smith
United States Magistrate Judge