**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**DONALD QUIRK**                          :
    **Plaintiff**

    **v.**                          :  **CIVIL NO.: 3:02cv1729(DJS)**
        **Prisoner**

**MARILYN STUART, I/O**              :
    **Defendant**


**ORDER OF REFERENCE TO**
**A UNITED STATES MAGISTRATE JUDGE**

In the interest of justice, the above identified case is hereby referred to <u>Thomas P.</u>

<u>Smith</u>, United States Magistrate Judge for all purposes, except trial unless consented to by

the parties on the attached form.

    **IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this <u>  12th  </u> day of January, 2004.



        <u>  /s/DJS                                      </u>
        Dominic J. Squatrito
        United States District Judge