CT/cvjysel (October 17, 2001)

HONORABLE Smith
DEPUTY CLERK Sunbury   RPTR/ERO/TAPE Bowles

TOTAL TIME: ___ hours ___ minutes

DATE 1/16/04   START TIME 10:10   END TIME 11:10
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02CV1729 DJS

Quirk
vs.
Stuart

§
§          _____
§              Plaintiffs Counsel
§  ☒ SEE ATTACHED CALENDAR FOR COUNSEL
§
§          _____
               Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____
☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

#72  Motion For Sanctions _____   ☐ granted ☐ denied ☒ advisement
#___ Motion _____   ☐ granted ☐ denied ☐ advisement
#___ Motion _____   ☐ granted ☐ denied ☐ advisement
#___ Motion _____   ☐ granted ☐ denied ☐ advisement

_____
_____   ☐ filed ☐ docketed
_____   ☐ filed ☐ docketed
_____   ☐ filed ☐ docketed
                                          ☐ filed ☐ docketed

_____ # jurors present
_____ # jurors absent
Voir Dire oath administered by Clerk ☐ previously administered by Clerk
Voir Dire by Court
_____ jurors excused (See attached)
Panel of _____ drawn (See attached)
Peremptory challenges exercised (See attached)
Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
Remaining jurors excused
Discovery deadline set for _____
Disposition Motions due _____
Joint trial memorandum due _____
Trial continued until _____ at _____

☐ COPY TO: JURY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Barbara*

Miscellaneous Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - West Courtroom

January 16, 2004

10:00 a.m.

CASE NO. **3-02-CV-1729(DJS)** (DJS) **Donald Quirk v. Marilyn Stuart, I/O**

HEARING ON MOTION FOR SANCTIONS AND OTHER PENDING MOTIONS

Donald Quirk
Inmate    96936
Connecticut Valley Hosp
P.O. Box 351
Silver Street
Middletown, CT 06457

Daniel R. Shapiro
Attorney General's Office
55 Elm St., PO Box 120
Hartford, CT 06141-0120

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

```
            UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT

                 Miscellaneous Calendar

      Honorable Thomas P. Smith, U. S. Magistrate Judge
                     450 Main Street
                        Hartford
             Second Floor - West Courtroom

                   January 16, 2004

                      10:00 a.m.
```

CASE NO. **3-00-CV-1042(DJS)** (DJS) **Donald Quirk v. Marilyn Stuart,**
**I/O**

HEARING ON MOTION FOR SANCTIONS AND OTHER PENDING MOTIONS

Donald Quirk
Inmate    96936
Connecticut Valley Hosp
P.O. Box 351
Silver Street
Middletown, CT 06457

Daniel R. Shapiro
Attorney General's Office
55 Elm St., PO Box 120
Hartford, CT 06141-0120

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK