# United States District Court

DISTRICT OF **Ct**

**EXHIBIT AND WITNESS LIST**

Quirk v. Stuart

CASE NUMBER: 3:02CV1729DJS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DJS | none present | O. Shapiro |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-16-04 | S. Bowles | B. Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 1-16-04 |  |  | Kelly Nichols-Johnson, Colchester, Ct |
|  | ✓ | 1-16-04 |  |  | Mary Zainalvand, Middletown, Ct |
|  | ✓ | 1-16-04 |  |  | Dr. Whitney Boynton, Middletown, Ct |
|  |  | 1-16-04 |  |  | Lakisha Hyatt, Middletown, Ct |
|  | C | 1-16-04 |  | C | Affidavit of Whitney Boynton MD |
|  | D | 1-16-04 |  | D | Affidavit of Kelly Nichols-Johnson |

FILED 2004 JAN 16 A 11:12 U.S. DISTRICT COURT HARTFORD, CT

Page 1 of ___ Pages