# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONALD QUIRK**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv1729(DJS) |
| **MARILYN STUART, I/O**<br>    Defendant | : |

## ORDER

Upon a full and *de novo* review and pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72.2(b) of the Local Rules for United States Magistrate Judges (D. Conn.), Magistrate Judge Thomas P. Smith's Recommended Ruling (Doc. #79), is **APPROVED** and **ADOPTED** as the Ruling of this Court, absent objection.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   10th   day of  February, 2004.

  /s/DJS                                                        
Dominic J. Squatrito
United States District Judge