UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD QUIRK | PRISONER |
| v. | Case No. 3:02cv1729 (DJS)(TPS) |
| MARILYN STUART | |

### J U D G M E N T

This cause came on for consideration of the defendant's second motion for sanctions before the Honorable Honorable Thomas P. Smith, United States Magistrate Judge.

The Court has considered the motion and all the related papers and heard argument. On January 27, 2004, the Court filed its Recommended Ruling on Defendant's Second Motion for Sanctions granting the motion and ordering that the case be dismissed.

On February 10, 2004, the Honorable Dominic J. Squatrito, United States District Judge Approved and Adopted the Magistrate Judge's recommended ruling, after review and absent objection.

Therefore, it is **ORDERED** and **ADJUDGED** that the complaint is dismissed and the matter is closed.

Dated at Bridgeport, Connecticut this 11th of February, 2004.

KEVIN F. ROWE, Clerk

By   /s/   Donna P. Thomas
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____